**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO.: 1:24-cv-22548-DPG**

**DESTINY DiCICCIO, as mother**
**and natural guardian of**
**A.O., a minor,**

      **Plaintiffs,**

**v.**

**CARNIVAL CORPORATION,**

      **Defendant.**

_____/

**ORDER APPROVING MINOR SETTLEMENT AND DISBURSEMENT**
**OF SETTLEMENT PROCEEDS**

**THIS CAUSE** comes before the Court on Plaintiff's Unopposed Motion to Approve Settlement and Disbursement of Settlement Proceeds (the "Motion") [ECF No. 43]. The Court has reviewed the Motion and the record and is otherwise fully advised. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.     The Motion is **GRANTED**.

2.     After reviewing the pertinent settlement documents, the Court finds that the settlement is in A.O.'s best interests. The Court also finds that an annuity contract is the best option for investing the net settlement proceeds for A.O.'s benefit.

3.     The Court has conducted *in camera* review of the following duly executed documents: (a) Final Closing Statement; (b) Qualified Assignment and Release Agreement for Claimant/Payee A.O.; (c) Structured Settlement Addendum to the

1

Settlement Agreement and Release; (d) Confirmation of Structured Settlement; and (e) Check Request for Structured Settlement Annuity.

4.     The Court approves disposition and disbursement of the entire gross settlement proceeds, paid by Defendant CARNIVAL CORPORATION, as follows:

(i)     Payment of the net settlement amount to Independent Assignment Company, as reflected in the Structured Settlement Addendum and Final Closing Statement; and

(ii)    Payment of the remainder of the gross settlement to "Stein Law P.A., trust account," in satisfaction of outstanding attorneys' fees, reimbursable case costs, and discharge of a health-insurance subrogation lien against the settlement proceeds, all of which is reflected in the Final Closing Statement.

5.     The Court approves the payment schedule to A.O. of his annuity benefits, as reflected in the Structured Settlement Addendum and Confirmation of Structured Settlement.

6.     Assignment: the obligation to make the periodic payments described herein may be assigned to Independent Assignment Company and funded by an annuity contract issued by Independent Life Insurance Company.

7.     The total cost to the Defendant and/or Insurer for the Periodic Payments portion of the settlement is **that amount which is reflected both in the Final Closing Statement as "Total Net Proceeds to Client", as well as the Structured Settlement Addendum and Confirmation of Structured Settlement**, disclosure of which has been required as a condition of settlement. No part of the sum being paid by the Defendant and/or Insurer to provide future Periodic Payments as set

forth herein may be paid directly to the Plaintiff, inasmuch as the parties negotiated

for a structured settlement as being in the best interest of the Payee.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 10th day of April, 2026.

 

DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

cc:  All counsel of record; Independent Assignment Company